UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
6:12-cv-01833-PGB-KRS
Orlando Division

UNITED STATES OF AMERICA ex rel.,
    JAN WATFORD-GRANGER, and
    PATRICK CONLISK,
    Plaintiffs,
vs.

MEDICAL SERVICES OF AMERICA, INC.,

    Defendant.

AND

UNITED STATES OF AMERICA ex rel.,
    GEORGEANN GOHEEN,

vs.

MEDICAL SERVICES OF AMERICA, INC.,

    Defendant.
    _____/

## JOINT NOTICE RE: STIPULATION OF SETTLEMENT

Plaintiffs-Relators by and through counsel, and Defendant by and through counsel, have come to settlement terms as a product of mediation held on May 9, 2018 in Orlando. The suggested settlement terms resolve all pending issues in both cases, as agreed by Relators and Defendant. The parties jointly request that all pending time limits be stayed, pending settlement processes, including review and acceptance of settlement terms by the United States, and the preparation and signing of necessary documents to finalize and close out the above-styled cases.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished, VIA ECF FILING, and prior to filing by regular email, to: Richard W. Smith, Esquire, (richard.smith@csklegal.com), David P. Corrigan, Esquire, Missy York, Esquire, and Jeremy D. Capps, Esquire, Harman, Claytor, Corrigan & Wellman, P.O. Box 70280, Richmond, Virginia 32355 (dcorrigan@hccw.com, myork@hccw.com, and jcapps@hccw.com), and to the United States: AUSA Michael Kenneth (michael.kenneth@usdoj.gov), and AUSA S. Chartey Quarcoo (stephen.c.quarcoo@usdoj.gov), on this **11th day of May, 2018.**

**Respectfully submitted,**

*/s/ Joseph J. Pappacoda*

**Joseph J. Pappacoda, Esquire**
**P.O. Box 551498**
**Fort Lauderdale, Florida 33355**
**954-560-2616**
**Florida Bar Number 883018**