# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

UNITED STATES OF AMERICA, JAN WATFORD-GRANGER, and PATRICK CONLISK,

        Plaintiffs,

v.

Case No: 6:12-cv-1833-Orl-40KRS

MEDICAL SERVICES OF AMERICA, INC.,

        Defendant.

        /

## **ORDER**

The Court has been advised by the parties that the above-styled action has been settled. (Doc. 111). Accordingly, pursuant to Local Rule 3.08(b) of the Middle District of Florida, it is

**ORDERED** and **ADJUDGED** that this case is hereby **ADMINISTRATIVELY CLOSED** subject to the right of any party to file within sixty (60) days a stipulated form of final order or judgment or, on good cause shown, to move the Court to re-open the case for further proceedings. Failure to timely file a stipulated form of final order or judgment within sixty (60) days will result in the case being dismissed without prejudice without further notice to the parties. The Clerk is **DIRECTED** to administratively close the file and the file of member case No. 6:14-cv-1342-Orl-40KRS.

**DONE AND ORDERED** in Orlando, Florida on May 14, 2018.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to: Counsel of Record