UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA, JAN
WATFORD-GRANGER and PATRICK
CONLISK,

        Plaintiffs,

v.                                     Case No: 6:12-cv-1833-Orl-40KRS

MEDICAL SERVICES OF AMERICA,
INC.,

        Defendant.
_____/

## ORDER

      This cause is before the Court following review of the Stipulation of Dismissal (Doc. 122), filed August 13, 2018. The stipulation is not signed by all parties. Accordingly, the Stipulation of Dismissal filed by Defendant (Doc. 122) is **STRICKEN**. The parties are directed to comply with Rule 41(a)(1)(A)(ii) on or before August 21, 2018, if they wish to procure the dismissal with prejudice of this lawsuit. Failure to comply with result in the consociated cases begin dismissed without prejudice.

      **DONE AND ORDERED** in Orlando, Florida on August 14, 2018.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties